<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 01-2446**

---

JOHN PAUL TURNER,

                                        Plaintiff - Appellant,

         versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (MISC-01-54)

---

Submitted:  February 21, 2002          Decided:  March 4, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

John Paul Turner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders denying his motion for leave to proceed in forma pauperis and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny the motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. <u>Turner v. United States</u>, No. MISC-01-54 (W.D. Va. filed Oct. 26, entered Oct. 29, 2001; entered Nov. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>